IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40817
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE EDUARDO GUEVARA-MARTINEZ,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-98-CR-142-1
- - - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Jose Eduardo Guevara-Martinez
(Guevara) has filed a motion to withdraw as counsel and a brief
as required by *Anders v. California*, 386 U.S. 738 (1967).
Guevara has not filed a response to counsel's motion and brief.
Our independent review of counsel's brief and the record on
appeal discloses no nonfrivolous issues.  Accordingly counsel's
motion to withdraw is granted, and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.